```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 19719
   EVERARDO TORRES
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-6685


------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/24/07 and confirmed on 12/27/07.

     2.  The case was converted to Chapter 7 after confirmation, 08/20/2008.

     3.  The Debtor paid a total of $   2040.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | SECURED | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | .00 | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | 4200.00 | .00 | 612.50 |
| COMED | UNSECURED | 632.36 | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 516.76 | .00 | .00 |
| VILLAGE OF ROMEOVILLE | PRIORITY | 120.29 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | SECURED | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 4200.00 | 120.29 | 1149.12 | .00 | 5469.41 |
| PRINCIPAL PAID | 612.50 | .00 | .00 | .00 | 612.50 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 612.50 | .00 | .00 | .00 | 612.50 |

```
The Debtor's attorney, PATRICK A MESZAROS          , was allowed $  3500.00
and was paid $    500.00  direct and $   1318.02  through the plan.

The Trustee received $     109.48 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 11/13/08                    /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE



PAGE   2
CASE NO. 07 B 19719 EVERARDO TORRES